```
 1                UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

 2   DONALD R. HUENE,                      )
     DONALD R. HUENE M.D., INC.            )
 3   IN PROPRIA PERSONA                    )
     7429 N. VALENTINE                     )
 4   FRESNO, CA  93711                     )
     (559) 431-1639                        )  CIVIL CASE NO.:  1:17CV 00771 DAD SKO
 5   David Paul Gromis, Attorney at Law    )
     Bar No.:  76625                       )     REQUEST FOR ASSOCIATION OF
 6   6700 N. First, Suite 135              )         ATTORNEYS; ORDER
     Fresno, CA  93710                     )
 7   (559) 435-0437                        )
                                           )
 8             Plaintiffs,                 )
                                           )
 9   vs.                                   )
                                           )
10   GINNI L. REDFERN                      )
     U.S. DEPARTMENT OF THE TREASURY       )
11   INTERNAL REVENUE SERVICE              )
     1111 CONSTITUTION AVENUE              )
12   WASHINGTON, DC  20224                 )
                                           )
13   and                                   )
                                           )
14   U.S. DEPARTMENT OF JUSTICE            )
     950 PENNSYLVANIA AVENUE NORTHWEST     )
15   WASHINGTON, D.C. 20530-0001           )
                                           )
16             Defendants.                 )
```

**LODGED** AUG 2 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**FILED** AUG 2 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Come now, Plaintiff Donald R. Huene and Donald R. Huene, M.D., Inc. Request that the Court authorize association of attorneys between Donald R. Huene and David Paul Gromis, Attorney at Law. Attorney Gromis will represent Donald R. Huene M.D., Inc., and will substitute into the case in that capacity.

Dated: 8/16/2017

Respectfully submitted,

By: _____
    Donald R. Huene

    _____
    David Paul Gromis

ORDER

The Court authorizes the addition of David Paul Gromis, Attorney at Law to represent Donald R. Huene, M.D., Incorporated in the aforementioned action.

8/24/2017

_____
Sheila K. Oberto
U.S. Magistrate Judge, USDC EDC.